### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EYEBOBS, LLC,<br><br>　　　　　　Defendant. | Civil Action No. 1:21-cv-00017-RAL |

### PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF
### CLASS ACTION SETTLEMENT AGREEMENT

Plaintiff Anthony Hammond Murphy, on behalf of himself and all others similarly situated, by and through his undersigned counsel, hereby moves for entry of an Order granting final approval of the parties' Class Action Settlement Agreement. (Doc. 30-1.)

1. In support, Plaintiff submits the accompanying Memorandum in Support of Plaintiff's Motion for Final Approval of Class Action Settlement.

2. Plaintiff respectfully requests that the Court approve the settlement as fair, reasonable, and adequate and enter the Final Approval Order in the form accompanying this motion.

3. Defendant does not oppose the relief sought in this Motion.

| | |
|---|---|
| Dated: January 10, 2022 | */s/ Kevin Tucker* |
| | Kevin Tucker (He/Him) (PA 312144) |
| | Kevin J. Abramowicz (PA 320659) |
| | Chandler Steiger (She/Her) (PA328891) |
| | Stephanie Moore (She/Her) (PA 329447) |
| | **EAST END TRIAL GROUP LLC** |
| | 6901 Lynn Way, Suite 215 |
| | Pittsburgh, PA 15208 |
| | Tel. (412) 877-5220 |
| | ktucker@eastendtrialgroup.com |

          kabramowicz@eastendtrialgroup.com
          csteiger@eastendtrialgroup.com
          smoore@eastendtrialgroup.com

          Lawrence H. Fisher
          Pa. Bar ID #67667
          One Oxford Centre
          301 Grant Street, Suite 4300
          Pittsburgh, PA 15219
          Tel. (412) 577-4040
          lawfirst@lawrencefisher.com

          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on January 10, 2022, a copy of the foregoing was filed with the Clerk of the Court through the CM/ECF system which sent notice of such filing to all counsel of record.

January 10, 2022

*/s/ Kevin W. Tucker*
Kevin W. Tucker
